COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of D. E. B., T.A.B. III aka T.B., Jr., aka T.J., Jr., T.B. aka Baby Boy W., Children

Appellate case number:   01-16-00562-CV

Trial court case number:  2014-66511

Trial court:             312th District Court of Harris County

On September 13, 2016, this case was abated and remanded to the trial court to determine, among other things, whether to permit appellant's current counsel, Jaclyn Jones, to withdraw and whether to appoint new counsel in this parental termination appeal. On October 10, 2016, a supplemental clerk's record was filed in this Court attaching, among other things, an order discharging Jaclyn Jones as counsel and appointing Donald Crane to represent appellant as counsel. Because the clerk's record was already filed in this Court on July 25, 2016, and the reporter's records were filed in this Court on August 4, 2016, the appellate records appear to be complete.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to remove Jaclyn Jones as appellant's counsel, and to designate Donald Crane as appellant's new counsel.

Appellant's brief is **ORDERED** to be filed within **20 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

The appellee's brief, if any, is **ORDERED** to be filed within **20 days** of the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
⊠ Acting individually

Date: October 13, 2016